# **Exhibit 1**

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 1 | AnyidianziUS | amazon.com/sp?seller=A3KAXE5WND14VB | Disen Trading Limited<br>七龙路西六巷8号602房<br>东莞市 广东省 CHINA<br>523000<br><br>Business Name: Disen Trading Limited<br>Business Address:<br>ROOM 2E18 FLOOR 10<br>WAH WAN<br>INDUSTRIAL<br>BUILDING,<br>TUEN MUN<br>HONG KONG<br>999077<br>HK | | There are both Chinese address and Hong Kong address. We investigated the Chinese address and there is nothing showing Defendant is at the provided Chinese address. |
| 2 | BAIRICHENQINGDIANZISHANGWU | amazon.com/sp?seller=A12LUUNWKT39OF | bairichenqingdianzishangwuhezeyouxiangongsi<br>鲁西新区丹阳街道刘庄社区中达广场北区S1号楼S1102室<br>菏泽市 山东 CHINA<br>274000 | 柏日辰青电子商务（菏泽）有限公司<br>山东省菏泽市鲁西新区丹阳街道刘庄社区中达广场北区S1号楼S1102室 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |

| | | | | | |
|---|---|---|---|---|---|
| 4 | Butterfly 2020 | amazon.com/sp?seller=AEPIQLV836WW1 | HeFeiShiYaoHaiQuMoQianFuZhuangDian<br>Room 2307, Building 6, Bashangjie Community, Yaohai District,<br>HEFEI ANHUI CHINA 230000<br><br>LinYeTingSuSheDaYuanLuYangQuLuJiangLu79Hao<br>HEFEI ANHUI CHINA 230001 | | There is nothing showing Defendant is at the provided address. |
| 5 | CAIXINYAN020 | amazon.com/sp?seller=A8G36SX8M2VPF | hubeiyanlimianyegufenyouxiangongsi<br>铁门岗乡蔡大村四组<br>黄冈市 HUBEI CHINA<br>438300<br><br>麻城市<br>铁门岗乡蔡大村四组蔡家大垸19号<br>黄冈市<br>湖北 China<br>438300 | 湖北焱利棉业股份有限公司<br>麻城市铁门岗乡蔡大村四组 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 6 | Camille Xu | amazon.com/sp?seller=A2A0AVR851YD30 | yiwushishenkedianzishangwushanghang<br>北苑街道<br>拥军社区拥军二区2栋6单元303<br>金华市 浙江 CHINA<br>322015 | | There is nothing showing Defendant is at the provided address. |

| | | | | | |
|---|---|---|---|---|---|
| 7 | chengduyupangpangmaoyiyouxiangongsi | amazon.com/sp?seller=A1T9BFYG2ZA02D | zhumadianshiweitushangmaoyouxiangongsi<br>武侯区航空路9号<br>2栋3单元3楼303号<br>成都市 四川 CHINA<br>610042<br><br>wuhouquhangkonglu9hao<br>wuhouquhangkonglu9hao<br>CHENGDU SICHUAN<br>China 610042 | | There is nothing showing Defendant is at the provided address. |
| 8 | chenhuanma | amazon.com/sp?seller=A3SJ3C5450YEOO | guangzhouchenhuanmaoyiyouxiangongsi<br>广州市花都区汇品东二街4号519号商业<br>广州市花都区汇品东二街4号519号商业<br>广州市 广东 CHINA<br>510801 | 广州宸桓贸易有限公司<br>广州市花都区汇晶东二街4号519号商业 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 9 | Cool Nine | amazon.com/sp?seller=A1S26Y1I2W237J | MENG CHAO REN<br>188 yuxin road, suzhou industrial park<br>SUZHOU JIANGSU<br>CHINA 215000<br><br>23rd floor, zhongtian plaza, wuyi avenue, furong district<br>CHANGSHA HUNAN<br>CHINA 410000 | | There is nothing showing Defendant is at the provided address. |

| | | | | | |
|---|---|---|---|---|---|
| 10 | CYF-QDZ | amazon.com/sp?seller=A3QYSN4SUBHC1E | Quanzhou Jianzheng Trading Co., Ltd.<br>肥东县包公镇<br>大张村陈南组<br>合肥市 安徽 CHINA 230000<br><br>xinzhanquhuaihaidadao beiganghuayuan5dong302shi<br>HEFEISHI ANHUI CHINA 230000<br><br>新站区淮海大道<br>北岗花园5栋302室<br>合肥市 安徽<br>CHINA 230000 | | There is nothing showing Defendant is at the provided address. |
| 11 | Dec-075 | amazon.com/sp?seller=A1QG1ZQ8ZAVMN8 | dongguanzeyuandianzishangwuyouxiangongsi<br>广东省东莞市南城街道<br>上和坊下围街66号314房<br>东莞市 广东 CHINA 523000 | 东莞泽沅电子商务有限公司<br>广东省东莞市南城街道上和坊下围街66号314房 | |

| | | | | | |
|---|---|---|---|---|---|
| 12 | Fluggyhulaa | amazon.com/sp?seller=A84BHTLNAL07 | Guangju Trade Limited<br>8001 Lianhe Building, No.322, Gushu 1st Road, Guxing Communi<br>深圳市 广东省 CHINA 518000<br><br>兴国县<br>城岗镇正气村外屋组13号<br>赣州市 江西省<br>CHINA 518000<br><br>Business Name: Guangju Trade Limited<br>Business Address:<br>RM K4, UNIT 09, 8/F, THE CLOUD, NO.111 TUNG CHAU STREET<br>TAI KOK TSUI<br>HONG KONG<br>999077<br>HK<br><br>xixiangjiedaogushuyilu322hao<br>lianhedasha8001<br>SHENZHENSHI<br>GUANGDONGSHENG<br>CHINA CN 518000<br><br>137 W SAN BERNARDINO RD<br>COVINA, CA | | There are both Chinese addresses and foreign addresses. We investigated the Chinese address and there is nothing showing Defendant is at the provided Chinese address. |

| | | | | | |
|---|---|---|---|---|---|
| | | | UNITED STATES<br>91723-1514 | | |

| | | | | | |
|---|---|---|---|---|---|
| 13 | hengtimaoyi | amazon.com/sp?seller=A1WTT539L87RMO | Henan Huiao Sports Development Co., Ltd. changyuanshi puxiquhuayuanlu312hao XINXIANGSHI HENAN CHINA 453400<br><br>长垣市芦岗乡韩庙村129号<br>新乡市 河南<br>CHINA 453400<br><br>长垣市 蒲西区华垣路312号 新乡市 河南<br>CHINA 453400 | 河南辉奥体育发展有限公司<br>河南省新乡市长垣市蒲西区华垣路312号 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 15 | Huake cin | amazon.com/sp?seller=A2CUN3SF7MAF49 | Shenzhen Huake Renewable Resources Co., Ltd<br>西乡街道流塘社区流塘新村四巷12号<br>流塘新村四巷12-5<br>宝安区 深圳市 CHINA 518100 | 深圳市华科再生资源有限公司<br>深圳市宝安区西乡街道流塘社区流塘新村四巷12号流塘新村四巷12-5 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 17 | Jessicalu | amazon.com/sp?seller=A254FZYDR3XS1G | shenzhenshishuangxishangmaoyouxiangongsi<br>光明区光明街道<br>白花社区万兴大厦11C<br>深圳市 广东 CHINA 518107 | 深圳市双夕商贸有限公司<br>深圳市光明区光明街道白花社区万兴大厦11C | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |

| | | | | | |
|---|---|---|---|---|---|
| 18 | jiuheng | amazon.com/sp?seller=A3CHGXD2C2CM2R | Hengan Trading Limited dengsuobeilangyuejuntingBdong2406hao yingchenghepingbeiludonglu QINGYUANSHI GUANGDONGSHENG CHINA 513099<br><br>南康区<br>麻双乡松江村太窝组18号<br>赣州市 江西<br>CHINA<br><br>Business Name: Hengan Trading Limited<br>Business Address:<br>RM G15, WORKSHOP 8, 11/F, WALNUT 9, 9 WALNUT STREET<br>TAI KOK TSUI<br>HONG KONG<br>999077<br>HK | | There are both Chinese addresses and Hong Kong address. We investigated the Chinese addresses and there is nothing showing Defendant is at the provided Chinese addresses. |
| 19 | Junju | amazon.com/sp?seller=AFCI84KKWZZB6 | xincaixianjunjudianzishangwuyouxiangongsi<br>宁化县水茜镇<br>沿溪村李坑1号<br>三明市 福建 CHINA 365400 | | There is nothing showing Defendant is at the provided address. |

| | | | | | |
|---|---|---|---|---|---|
| 20 | JW&BT | amazon.com/sp?seller=A12SVMSQKGN52D | Yiwushi Jingwei Jidian Shebei Youxiangongsi<br>春华路588号A8座 510<br>义乌市 浙江省 CHINA 322014<br><br>义乌市北苑街道<br>丹溪北路516号2单元 402室<br>金华市 浙江<br>CHINA 322001 | | There is nothing showing Defendant is at the provided address. |
| 21 | LiKLZDXYJ | amazon.com/sp?seller=A3BIP8V4KAF506 | Zhanyao (Shenzhen) Technology Co., Ltd<br>固戍塘西花园<br>B座<br>深圳 广东 CHINA 518100 | | There is nothing showing Defendant is at the provided address. |
| 22 | LINGXING | amazon.com/sp?seller=A2PCFBRMEENEUE | Shenzhen Kaijingrui Trading Co., Ltd.<br>观澜街道桂花社区<br>桂花新村八巷1号1002<br>深圳市 广东 CHINA 518110 | 深圳市凯璟瑞贸易有限公司<br>深圳市龙华区观澜街道桂花社区桂花新村八巷1号1002 | The Defendant was deregistered on July 29, 2026. There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 23 | LIUJIEAMZ | amazon.com/sp?seller=A3ULM357Y2QRPR | LinYiXiangQiJianZhuGongChengYouXianGongSi<br>山东省德州市临邑县恒源街道<br>西三里河村西路北300米 | 临邑祥琪建筑工程有限公司<br>山东省德州市临邑县恒源街道西 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |

| | | | | | |
|---|---|---|---|---|---|
| | | | 德州市 山东 CHINA 251500 | 三里河村西路北 300米 | |
| 24 | Lqiolieed | amazon.com/sp?seller=A9YSY9DNG0TD0 | dongguanlongqiebaihuoyouxiangongsi 凤岗镇南岭路 4号102室 东莞市 广东省 CHINA 523707 | 东莞泷窃百货有限公司 广东省东莞市凤岗镇南岭路4号102室 | The Defendant was deregistered on June 2, 2026. There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 25 | Luguiyang | amazon.com/sp?seller=A156ZHEFA753DY | yiwushijingenmaoyiyouxiangongsi 北苑街道拥军社区拥军二区 2幢6单元403室 金华市 浙江省 CHINA 322000 | | There is nothing showing Defendant is at the provided address. |
| 29 | TUXIUQIONGWANDIAN | amazon.com/sp?seller=A1XTYK07FBWWF2 | Yongchun Pultai trading Co., LTD 下洋镇 曲斗村新街81号 永春县 福建省 CHINA 362617 | | There is nothing showing Defendant is at the provided address. |
| 30 | URWIN | amazon.com/sp?seller=A3BFXGT4I3X630 | Shenzhen Youheyun Technology Co., Ltd. 宝安区福永街道福围社区福围路 五巷3号102 | 深圳市优合云科技有限公司 深圳市宝安区福永街道福围社区 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |

| | | | | | |
|---|---|---|---|---|---|
| | | | 深圳市 广东 CHINA 518000 | 福围路五巷3号 102 | |
| 31 | WenZhouJuRongKeJiYouXianGongSi | amazon.com/sp?seller=A2OR0A0YHU6CB0 | WenZhouJuRongKeJiYouXianGongSi wenzhoushiluchengqupuxieshijiedaohenghebeixincun13zhuan108shi WENZHOU CHINA 325000 | 温州菊蓉科技有限公司 浙江省温州市鹿城区蒲鞋市街道横河北新村13幢108室（仅限办公使用） | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 32 | WORLD FILWY | amazon.com/sp?seller=AWF97O08BUSI0 | taizhoushichengshiqichefuwuyouxiangongsi 大麦屿街道 龙山南路52-3号14号楼 209室 玉环市 浙江省 CHINA 317600 | 台州市承仕汽车服务有限公司 浙江省玉环市大麦屿街道龙山南路52-3号14号楼209室（自主申报） | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 34 | yiagofy | amazon.com/sp?seller=APCQFTO9D3DRJ | shishishi yiyagefei dianzishangwu youxiangongsi 蚶江镇水头六区 57-1号 泉州市 福建省 CHINA 362700 | | There is nothing showing Defendant is at the provided address. |

| | | | | | |
|---|---|---|---|---|---|
| 35 | youpemhgziyuanshanglaiyujiesdhangmao | amazon.com/sp?seller=A2FYECKEDRWBSR | tongshanxianyunjushangmaoyouxiangongsi<br>通山县<br>通羊镇新城社区向阳小区88号（自主申报）<br>咸宁市 湖北 CHINA<br>437600 | 通山县蕴鞠商贸有限公司<br>湖北省咸宁市通山县通羊镇新城社区向阳小区88号（自主申报） | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 36 | ZCXDF | amazon.com/sp?seller=A39G74DXCC61XC | yiwushioujiandianzishangwushanghang<br>义乌<br>北苑街道拥军三区17-1-203<br>金华市 浙江 CHINA<br>322000 | | There is nothing showing Defendant is at the provided address. |
| 38 | ZhiHongChen | amazon.com/sp?seller=A9OFVFXMN8RPM | PuTianLiChengZhiChenHongMaoYiYouXianGongSi<br>荔城区拱辰街道胜利北街2603号<br>立丰公馆2号楼1704室<br>莆田市 福建 CHINA<br>351106<br><br>秀屿区东庄镇石码村山坪 85号<br>莆田市 福建 CHINA<br>351146 | 莆田荔城枝趁虹贸易有限公司<br>福建省莆田市荔城区拱辰街道胜利北街2603号立丰公馆2号楼1704室 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |

| | | | | | |
|---|---|---|---|---|---|
| 39 | zhoukoushiyunbianshang maoyouxiangongsi | amazon.com/sp?seller=AUUOLC6QOIZP5 | zhoukoushiyunbianshang maoyouxiangongsi 顺河回族区 高前街27号 开封市 河南 CHINA 475000 | | There is nothing showing Defendant is at the provided address. |
| 40 | aiplomta | ebay.com/usr/aiplomta | guangzhoushi xianglun maoyiyouxiangongsi tianhequkeyunlu20haoliucengL028<br><br>Guangzhoushi, 广东省 510000 China | 广州市祥伦贸易有限公司 广州市天河区科韵路20号六层L028 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 41 | Allen Department Store | ebay.com/usr/nsiqv893 | ShenZhenShiYiJiangShangMaoYouXianGongSi LongHuaQuFuChengJieDaoFuMinSheQuFuQianLu86Hao603<br><br>ShenZhenShi, Guangdong 518110 China | 深圳市祎江商贸有限公司 深圳市龙华区福城街道福民社区福前路86号603 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 42 | Five-Star Cinema | ebay.com/usr/ganzheng_54 | Yongji Zhengliang Trading Co. , Ltd YongJiShiChengXiJieDaoPuHuiXiao Qu11HaoLou2DanYuan301Shi YunChengShi, Shanxi 44500 China | 永济市正梁商贸有限公司 山西省运城市永济市城西街道蒲惠小区11号楼2单元301室 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |

| | | | | | |
|---|---|---|---|---|---|
| 45 | Magic Cinema | ebay.com/usr/moxingbo | Qixian Xingbo trading Co. , LTD QiXianZhaoYuZhenXiaShenCun XinJianJie12HaoNanFang3Hao JinZhongShi, Shanxi 30999 China | 祁县兴波商贸有限公司 山西省晋中市祁县昭馀镇下申村新建街12号南房3号 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 47 | Scavenger Hunt Store | ebay.com/usr/sunhong_41 | Guangzhou Jindaihong Trading Co. , Ltd NanShaQuHengLiZhenQianJinErJie35Hao101Fang GuangZhouShi, Guangdong 511466 China | 广州金带红商贸有限公司 广州市南沙区横沥镇前进二街35号101房 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 50 | Niuparas | temu.com/mall.html?mall_id=634418227185079 | Business Name: Putianshilichengqusongmulunbaihuo Co., Ltd. Address: No. 301-3, 398 Yishen Road, Gongchen Subdistrict, Licheng District, Putian City, Fujian Province Licheng District 351100 Fujian Province, Putian City China | 莆田市荔城区松慕伦百货有限公司 福建省莆田市荔城区拱辰街道仪莘路398号301-3 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 52 | dairong | walmart.com/seller/103124243 | Business name: nanchangdairongkejiyouxiangongsi Business address: honggutanqushajingjiedaolijinglu388haohuilongmingdu7haolou1101shi, | 南昌岱镕科技有限公司 江西省南昌市红谷滩区沙井街道丽景路388号汇 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |

| | | | | | |
|---|---|---|---|---|---|
| | | | Nanchang, JX 330000, CN | 龙铭都7号楼1101室 | |
| 53 | lingyinhi | walmart.com/seller/103106668 | Business name: shenzhenlingyinjishuyouxiangongsi Business address: shenzhenshibaoanquxinanjiedaolingzhiyuanshequ22quqinchengdaleyuan1112haolou11haolouAzuo801, Shenzhen, GD 518101, CN | 深圳领印技术有限公司 深圳市宝安区新安街道灵芝园社区22区勤诚达乐园11、12号楼11号楼A座801 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 55 | Simple | walmart.com/seller/103052619 | Business name: pujiangxianchangkaigongmaoyouxiangongsi Business address: No. 46, Meizhuyuan, Xucun, Xianhua Street, Pujiang County, Zhejiang Province, Jinhua, ZJ 322200, CN | | There is nothing showing Defendant is at the provided address. |

| | | | | | |
|---|---|---|---|---|---|
| 57 | Xi Huo Shop | walmart.com/seller/103043045 | Business name: shenzhenchaoyundianzishangwuyouxiangongsi Business address: shenzhenshibaoanqufuyongjiedaobaishishashequzhihuilingyu3dong1103, Shenzhen, GD 518103, CN | 深圳巢韵电子商务有限公司 深圳市宝安区福永街道白石厦社区智慧领寓3栋1103 | The Defendant held a shareholders' meeting and passed a resolution to dissolve the company. The public notice period runs from June 12, 2026 to July 27, 2026. So the Defendant would be deregistered soon. There is nothing showing Defendant is at the provided address and the Chinese address we've found. |