**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NETFLIX, INC., NETFLIX STUDIOS, LLC, NETFLIX US, LLC, and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,

Plaintiffs,

v.

ANYIDIANZIUS, et al.,

Defendants.

Case No. 26-cv-07660

**Judge John J. Tharp Jr.**

**Magistrate Judge Laura K. McNally**

**DECLARATION OF SERVICE**

I, Madeline B. Halgren, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiffs Netflix, Inc., Netflix Studios, LLC, Netflix US, LLC, and Netflix Worldwide Entertainment, LLC (collectively, "Plaintiff" or "Netflix"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On September 4, 2026, this Court entered an Order [61] permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Amended Complaint, Order [61], the Temporary Restraining Order (the "TRO"), and other relevant documents on a website, and by sending an e-mail with an attachment of the relevant documents and a link to said website to an e-mail address for each Defendants.

3. I hereby certify that on September 8, 2026, I, or someone working under my direction, electronically published the Amended Complaint [14], Summons, Order [61], the TRO, and other relevant documents on a website.

4. I hereby certify that on September 8, 2026, I, or someone working under my direction, sent an e-mail to the e-mail addresses for Defendants identified in **Exhibit A** attached hereto that includes an attachment of relevant documents and a link to said website.

5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of September 2026, in Chicago, Illinois.

/s/ Madeline B. Halgren
Madeline B. Halgren
GREER, BURNS & CRAIN, LTD.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
Telephone: 312-360-0080
mhalgren@gbc.law

*Counsel for Plaintiffs Netflix, Inc., Netflix Studios, LLC, Netflix US, LLC, and Netflix Worldwide Entertainment, LLC.*