# **Exhibit A**

| | |
|---|---|
| Simple | 13646590180@163.com |
| URWIN | 15626879399@163.com |
| Niuparas | 18596914425@163.com |
| TUXIUQIONGWANDIAN | 18876281439@163.com |
| Camille Xu | 2574796850@qq.com |
| ZCXDF | 3322740483@qq.com |
| Jessicalu | 625956736@qq.com |
| Junju | 785316714@qq.com |
| Luguiyang | 963201755@qq.com |
| CYF-QDZ | A6055V960@outlook.com |
| chenhuanma | Aa66855688@163.com |
| youpemhgziyuanshanglaiyu jiesdhangmao | aeqg5214@outlook.com |
| aiplomta | aiplomtar@163.com |
| Zenith Hair Tech Limited. | AllanBernardrvy@mail.com |
| JW&BT | Amazon518@yeah.net |
| zhoukoushiyunbianshangma oyouxiangongsi | AmazonVendorBase@163.com |
| AnyidianziUS | anyidianzi0314@outlook.com |
| CAIXINYAN020 | caixinyan7856@outlook.com |
| Huake cin | ccc163122@163.com |
| chengduyupangpangmaoyiy ouxiangongsi | cw12501250@163.com |
| dairong | dairong0401@126.com |
| Five-Star Cinema | dgszfgv@df.email.cn |
| WORLD FILWY | duchenghe19810504@outlook.com |
| Magic Cinema | dvfdhgjyu@uj.email.cn |
| Xi Huo Shop | gkbqr6@163.com |
| WenZhouJuRongKeJiYouXi anGongSi | guangctl433@outlook.com |
| BAIRICHENQINGDIANZI SHANGWU | hzbrcq888@163.com |
| Dec-075 | lei3385701@outlook.com |
| LIUJIEAMZ | liujieamz@outlook.com |
| lunguy64 | luanducm16@hotmail.com |
| Cool Nine | mengchao2019@hotmail.com; 2500783574@qq.com, mengchao2019@hotmail.com |
| Lqiolieed | MorningVandermeer380@outlook.com |
| Butterfly 2020 | NANNAN202005@hotmail.com |
| Allen Department Store | nsiqv87611231@hotmail.com |
| lingyinhi | nyxgy8@163.com |
| Scavenger Hunt Store | rfgdxfg@ds.email.cn |
| sengpo | sengpo1@126.com |

| | |
|---|---|
| hengtimaoyi | wangshuaiw09@outlook.com |
| LINGXING | Xing13632844306@outlook.com |
| ZhiHongChen | xrxr6688@163.com |
| THBN | yg03@smygdy.cn |
| yiagofy | yiagofy@126.com |
| Fluggyhulaa | yidwed231008@outlook.com |
| jiuheng | yingdejiuheng@163.com |
| LiKLZDXYJ | zhanyaollc@hotmail.com |
| | tro@selleraegis.com |
| | jeffrey.liu@usatro.com |
| | Lucy-Tro@outlook.com |
| | xueni@yingkelawyer.com; nixuesydney@gmail.com |
| | shelly@cheng-ip.com |
| | settlement@ip-defense.com; robertlaw@trolaw.net; leo.dong@ip-defense.com |
| | shuohan.huang@dentons.cn |
| | dane.cloudraker@qq.com |
| | adamu@au-llc.com; niu@mainleaf-law.com; lou@mainleaf-law.com; settlement@mainleaf-law.com |